# Court of Appeals
# of the State of Georgia

ATLANTA, __December 04, 2017__

*The Court of Appeals hereby passes the following order:*

**A18A0519.  ALPHA BALANCED FUND, LLP et al. v. REID INVESTMENTS JV.**

Alpha Balanced Fund, LLP, et al., filed this direct appeal from the state court's order in a garnishment action.  Appeals in cases involving garnishment, however, must be initiated by an application for discretionary appeal filed with this Court. OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997).  Because the appellants failed to follow the required procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__12/04/2017_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*